**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No.: |
| JOSE MANUEL GONZALEZ TESTINO | § | UNDER SEAL |

H18-1203M

### ORDER TO SEAL

Upon review of the Government's Motion to Seal, that Motion is hereby GRANTED. Accordingly, it is ORDERED that the Criminal Complaint in the above captioned case, Arrest Warrant, Affidavit, Government's Motion to Seal and this Order be placed under seal *until time of arrest*. It is further ORDERED that the District Clerk's Office shall provide copies of these documents to the United States Attorney's Office upon request.

Signed in Houston, Texas on _July 27,_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE