**COURTROOM MINUTES:**
The Honorable Peter Bray Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas
Filed 9-21-18
David J. Bradley, Clerk

Interpreter Present? ☐ Yes ☑ No   ERO _S. Arnow_
USPT/USPO _D. Hernandez_

OPEN _10:27_  ADJOURN _11:27_
_11:32_ _12:30_
_1:43 - 2:10_

☐ OTHER DISTRICT   ☐ DIVISION         THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance      ☐ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing            ☐ Identity                            ☐ Hearing Continued on _____
☑ Detention Hearing       ☑ Preliminary Hearing                 ☐ Other _____

CASE NUMBER   ☐ CR  ☑ MJ _18-1203M_  Defendant # _1_

AUSA _John Pearson, Sarah Edwards, Robert Johnson_

_Juan Manuel Gonzalez Tantino_        _Ed Shohat - R_
                                      _Monique Guerin - R_
                                      _Jimmy Ardoin - R_

☐ Date of arrest _____   ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                 Violation of     ☐ Supervised Release  ☐ Pretrial Release  ☐ Probation

☑ Defendant  ☐ Material Witness appeared ☑ with        ☐ without counsel

☐ Defendant requests appointed counsel.            ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender         ☐ Order appointing private counsel to follow.
      Federal Public Defender Present - _____
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund
$_____
☐ Defendant advises that he will retain private counsel.  _____

☐ Defendant _____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED   ☐ Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☑ Order of Detention Pending Trial entered as to Defendant(s) _1_.
☐ Bond Continued    ☐ Bond reinstated    ☐ Bond Revoked
☑ Defendant _____ remanded to custody  ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating ☐ District ☐ Division

Defendant _____ ☑ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☑ Court finds: ☑ Probable Cause  ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
      ☐ Arraignment             ☐ Counsel Determination Hearing      ☐ Identity Hearing
      ☐ Detention Hearing       ☐ Preliminary Hearing                ☐ Final Revocation Hearing
              ☐ _____ Hearing