AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Texas

UNITED STATES OF AMERICA

V.

JOSE MANUAL GONZALEZ TESTINO

**EXHIBIT AND WITNESS LIST**

Case Number: H-18-MJ-1203

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JUDGE PETER BRAY | SARAH EDWARDS | ED SHOHAT |
| HEARING DATES | COURT REPORTER | COURTROOM DEPUTY |
| 9/21/2018 | ERO | JASON MARCHAND |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/21 | ✓ | ✓ | POUSA slide provided by R. Rincon – Wickman |
| 2 | | 9/21 | ✓ | ✓ | Letter found on laptop re $50mil – Wickman |
| 3 | | 9/21 | ✓ | ✓ | JMGT Venezuelan passport – Wickman |
| 4 | | 9/21 | ✓ | ✓ | JMGT United States passport – Wickman |
| | 1 | 9/21 | ✓ | ✓ | Transcript of Miami Initial Appearance |
| | 2 | 9/21 | | | No witness – travel documents for Isabel Gonzalez |
| | ~~3~~ | ~~9/21~~ | | | |
| | 3 | 9/21 | | | expired passport of JMGT |
| | 4 | 9/21 | | | expired passport of JMGT |
| | ~~5~~ | ~~9/21~~ | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages