United States District Court
Southern District of Texas
**ENTERED**
December 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 4:18-MJ-01203 |
| JOSE MANUEL GONZALEZ TESTINO, | § § § § | |
| DEFENDANT | § § | |

### ORDER

For the reasons stated in the government's motion, the motion to exclude time from December 10, 2018 through December 20, 2018 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iii) is **GRANTED**.

Signed in Houston, Texas on December 4th, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS