United States District Court
Southern District of Texas
**ENTERED**
December 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:18-MJ-01203 |
| | § | |
| JOSE MANUEL GONZALEZ TESTINO, | § | |
| | § | |
| DEFENDANT | § | |

## ORDER

For the reasons stated in the government's motion, the motion to exclude time from December 20, 2018 through January 25, 2019 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iii), is **GRANTED**.

Signed in Houston, Texas on December 19, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS